UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

v.

Case: 2:12-cv-13523
Judge: Cohn, Avern
MJ: Whalen, R. Steven
Filed: 08-09-2012 At 02:41 PM
PRIS MATELIC V. MENDOZA ET AL (DA)

_____/

## APPLICATION FOR PRISONER TO PROCEED
## WITHOUT PREPAYMENT OF FEES OR COSTS

For use by incarcerated applicants filing civil rights complaints or notices of appeal from the dismissal or denial of a civil rights complaint.

THIS APPLICATION IS FOR (check one): New Case ☑ Appeal ☐

I, __John Michael Matelic__ declare that I am the:

plaintiff ☑
appellant ☐

in the above-entitled proceeding and I believe I am entitled to redress. In support of my application to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to prepay the costs and fees. I acknowledge that **I am liable for payment of the filing fee** ($350.00 for a new case or $455.00 for an appeal), and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months) and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee for this action.

In support of this application, I have provided answers to the following questions.

1.  Are you employed at the institution?            Yes ☐   No ☑

    Do you have any money in a prison or jail account?   Yes ☐   No ☐

If your answer to either question above is yes, attach a certified copy of your trust fund account statement for the **six** month period immediately preceding the filing of the complaint or notice of appeal. This must be obtained from an authorized official of each prison at which you are, or were, confined. (See Page 3.)

2.  In the last 12 months, have you received money from any of the following sources?

    a.  Business, profession or other self-employment    Yes ☐   No ☑

b. Rent payments, interest or dividends          Yes ☐     No ☒
c. Pensions, annuities or life insurance payments Yes ☐     No ☒
d. Gifts or inheritances                          Yes ☐     No ☒
e. Other sources                                  Yes ☒     No ☐

If you answered yes to any of these questions, state the source of the money and the amount that you received.

Source: _Family Members: mother and another_
Amount: _Four Hundred Twenty-Five dollars ⁰⁰⁄₁₀₀   425 ⁰⁰⁄₁₀₀_

3. Do you have any money in a:

   a. Checking account         Yes ☒     No ☐
   b. Savings account          Yes ☐     No ☒

If your answer to either "a" or "b" above is yes, state the total amount.
Amount: [$17.45] _Seventeen dollars forty five cents   17 ⁴⁵⁄₁₀₀_

4. Do you own or have any interest in real estate, stocks, bonds, notes, vehicles, or other valuable property or assets (excluding ordinary household furnishings and clothing)?
   Yes ☐     No ☒

If you answered yes, describe the property and state its approximate value.

Property description: _____  Value: _____
Property description: _____  Value: _____

5. List the people who are dependent on you for support, state your relationship to each person and how much you contribute to their support.

   Relationship: _John Michael Matelic JR._        Amount: _120⁰⁰ mo._
   Relationship: _Veronica M. ___ Matelic_         Amount: _120⁰⁰ mo._
   Relationship: _Justin Michael ___ Matelic_      Amount: _120⁰⁰ mo._
   Relationship: _____          Amount: _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: _29 July 2012_           _Gary M Matelic 231301262_
                               Signature of Applicant and Prisoner No.

                               _Wayne County Jail_
                               Address (including name of institution)

                               _525 Clinton St._
                               _Detroit, Mich. 48226_

United States District Court
Eastern District of Michigan

CASE NO.

v.

JUDGE
MAGISTRATE JUDGE

John Matelic

## CERTIFICATION REGARDING TRUST FUND ACCOUNT

(To be completed by an authorized prison official.)

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration.

The printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of $141.66, and an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months) of .05. There is a current spendable balance of .15¢.

Date: 8/2/2012

_____ Director of Compliance
Signature and Title of Authorized Official

Wayne County Sheriff's Office
Name of Institution

# WAYNE COUNTY JAIL SYSTEM

## Account Activity

Fac: 1    Account Group: INMATE    Account Type: GEN    Account #: 509027    Book #: 2012011262
Name(L,F,M,S): MATELIC, JOHN
Start Dt/Tm: 01-01-1990 1200    Ending Dt/Tm: 07-24-2012 1514

| Transaction # | Transaction Type | | Transaction Date | Amount | Running Balance |
|---|---|---|---|---|---|
| 2906575 | BKFEE1 | | 05-10-2012 1933 | ($12.00) | ($12.00) |
| 2916452 | DEP1 | Approved | 05-24-2012 0642 | $50.00 | $38.00 |
| 2917847 | COMM1 | | 05-25-2012 1244 | ($23.25) | $14.75 |
| 2919835 | DEP1 | Approved | 05-30-2012 0807 | $100.00 | $114.75 |
| 2920344 | COMM1 | | 05-30-2012 1310 | ($4.75) | $110.00 |
| 2920346 | PHONE1 | | 05-30-2012 1310 | ($10.00) | $100.00 |
| 2920712 | DEP1 | Approved | 05-31-2012 0538 | $100.00 | $200.00 |
| 2922193 | COMM1 | | 06-01-2012 1213 | ($57.65) | $142.35 |
| 2924729 | COMM1 | | 06-05-2012 1245 | ($47.95) | $94.40 |
| 2924733 | PHONE1 | | 06-05-2012 1246 | ($10.00) | $84.40 |
| 2931348 | COMM1 | | 06-13-2012 1320 | ($29.65) | $54.75 |
| 2931355 | PHONE1 | | 06-13-2012 1321 | ($10.00) | $44.75 |
| 2935412 | DEP1 | Approved | 06-20-2012 0535 | $20.00 | $64.75 |
| 2936745 | DEP1 | Approved | 06-21-2012 0617 | $50.00 | $114.75 |
| 2937332 | COMM1 | | 06-21-2012 1352 | ($40.10) | $74.65 |
| 2937338 | PHONE1 | | 06-21-2012 1353 | ($15.00) | $59.65 |
| 2939401 | COMM1 | | 06-25-2012 1424 | ($59.35) | $0.30 |
| 2945763 | DEP1 | Approved | 07-05-2012 0725 | $55.00 | $55.30 |
| 2945766 | DEP1 | Approved | 07-05-2012 0725 | $40.00 | $95.30 |
| 2947299 | COMM1 | | 07-06-2012 1307 | ($36.40) | $58.90 |
| 2947303 | PHONE1 | | 07-06-2012 1308 | ($20.00) | $38.90 |
| 2949248 | DEP1 | Approved | 07-10-2012 0906 | $10.00 | $48.90 |
| 2949786 | COMM1 | | 07-10-2012 1333 | ($27.45) | $21.45 |
| 2951682 | COMM1 | | 07-12-2012 1249 | ($16.30) | $5.15 |
| 2951690 | PHONE1 | | 07-12-2012 1249 | ($5.00) | $0.15 |

**Transaction Total:** $0.15

**Total Amount by Transaction Type**

| | |
|---|---|
| COMM1 / FACILITY 1 COMMISSARY POST TRANSACTION | ($342.85) |
| BKFEE1 / FACILITY 1 BOOKING FEE | ($12.00) |
| DEP1 / FACILITY 1 INMATE DEPOSIT - Approved | $425.00 |
| PHONE1 / FACILITY 1 PHONE POST TRANSACTION | ($70.00) |

**Transaction Total:** $0.15