UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN MICHAEL MATELIC, 2012011262,

        Plaintiff,

v.

BENNY MENDOZA,

        Defendant(s).
_____/

Case No. 12-13523

Judge Avern Cohn

Magistrate Judge R. Steven Whalen

## ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL COPIES

      This is a prisoner civil rights action. The Court has conducted an initial review of the complaint pursuant to 28 U.S.C. §1915(e), §1915A and 42 U.S.C. § 1997e(c), to determine whether it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Upon initial review, the Court concludes that the complaint is not frivolous and states at least one cognizable claim and that service of the complaint, therefore, is appropriate. However, the Court may not, at this time, direct service of the complaint because Plaintiff has failed to file with the Court a sufficient number of copies for service. See Fed R. Civ. P. 4(c)(1) ("The plaintiff . . . must furnish the necessary copies to the person who makes service.").

      Therefore, IT IS ORDERED that the Clerk shall return to Plaintiff with a copy of this order one copy of the complaint and any exhibits.

      IT IS FURTHER ORDERED that Plaintiff shall file __4__ additional copies of his complaint and attachments with the Court within **THIRTY (30) DAYS** from the date of this Order. Failure to file the required copies may result in the dismissal of the complaint.

      SO ORDERED.

Date: August 22, 2012

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

---

### Certificate of Service

      I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Plaintiff.

Date: August 22, 2012

s/ T McGovern
Deputy Clerk