UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MATELIC,

    Plaintiff,                                                 No. 12-13523

v.                                                        District Judge Avern Cohn
                                                          Magistrate Judge R. Steven Whalen

BENNY MENDOZA,

    Defendant.
_____/

**ORDER DENYING APPOINTMENT OF COUNSEL**

    Plaintiff, a *pro se* prison inmate in this civil rights action brought under 42 U.S.C. §1983, has filed a motion for appointment of counsel [Docket #17].

    Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

    It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied. At this point, Plaintiff's motion to appoint counsel is premature. If Plaintiff's claims ultimately survive dispositive motions, he may renew his motion for appointment of counsel at that time.

    Accordingly,

-1-

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel [Docket #17] is **DENIED WITHOUT PREJUDICE**.

June 7, 2013                              s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing record was sent to parties of record on June 7, 2013, electronically and/or by U.S. mail.

                                          s/Michael Williams
                                          Relief Case Manager for the Honorable
                                          R. Steven Whalen