UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MATELIC,

    Plaintiff,                                  No. 12-13523

v.                                        District Judge Avern Cohn
                                            Magistrate Judge R. Steven Whalen

BENNY MENDOZA,

    Defendant.
_____/

## ORDER

Plaintiff, a *pro se* prison inmate, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the Court is his motion to compel discovery [Doc. #18], in which he seeks numerous documents. However, these discovery requests must first be served on either the Defendant or other parties having possession of the documents. Plaintiff is advised to review Rules 26 through 37 of the Federal Rules of Civil Procedure.

Accordingly, Plaintiff's motion to compel [Doc. #18] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: June 7, 2013                      s/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 7, 2013, electronically and/or by U.S. Mail.

                                                    s/Michael Williams
                                                    Relief Case Manager for the Honorable
                                                    R. Steven Whalen