UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MATELIC,

       Plaintiff,                                                No. 12-13523

v.                                                     District Judge Avern Cohn
                                                       Magistrate Judge R. Steven Whalen

BENNY MENDOZA,

       Defendant.
_____/

## ORDER

     Plaintiff John Matelic, who is proceeding *pro se*, has filed a motion to amend his complaint [Doc. #21]. The motion will be DENIED WITHOUT PREJUDICE.

     E.D. Mich. Local Rule 15.1 provides that "[a] party who moves to amend a pleading shall attach the proposed amended pleading to the motion." Plaintiff has not done that. Although he states that he wishes to name additional Defendants, he does not state who those Defendants are. Therefore, his motion to amend [Doc. #21] is DENIED WITHOUT PREJUDICE to filing a motion that conforms to the Local Rules.

     IT IS SO ORDERED.


Dated: August 12, 2013                    s/ R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 13, 2103, electronically and/or by U.S. mail.

                                                         s/Michael Williams
                                                        Case Manager to the
                                                        Honorable R. Steven Whalen