# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JOHN MICHAEL MATELIC,**

    Plaintiff,

                                                                 Hon. Avern Cohn

v

                                                                 Case No. 12-3523

**SGT. BENNY MENDOZA**,

    Defendant.

_____/

## ATTORNEY APPEARANCE FOR DEFENDANT SGT. BENNY MENDOZA

Calvert Bailey enters his appearance for the Defendant Sgt. Benny Mendoza..

                                            Respectfully submitted,

                                        **s/Calvert Bailey**
                                       **CALVERT BAILEY(P-42409)**
                                       Attorney for Defendant Mendoza
                                       2 Woodward Ave., Ste. 500
                                       Detroit, Michigan 48226
                                       E-mail: bailc@law.ci.detroit.mi.us

Dated: February 13, 2015

K:\DOCS\LIT\BAILC\A37000\noa\CB1961.WPD

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system. I hereby certify that I have mailed by United States Postal Service, Attorney Appearance for Defendant Sgt. Benny Mendoza this Certificate of Service to John Matelic, 1820 Capitol, Lincoln Park, MI.48146

**s/Calvert Bailey**
**CALVERT BAILEY(P-42409)**
Attorney for Defendant Mendoza
2 Woodward Ave., Ste. 500
Detroit, Michigan   48226
E-mail: bailc@law.ci.detroit.mi.us

Date: February 13, 2015

K:\DOCS\LIT\BAILC\A37000\noa\CB1961.WPD