UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MATELIC,

        CIVIL ACTION NO. 12-13523

    Plaintiff,

        DISTRICT JUDGE AVERN COHN

v.

        MAGISTRATE JUDGE R. STEVEN WHALEN

BENNY MENDOZA,

    Defendant.
_____/

**ORDER**

    This is an action brought under 42 U.S.C. § 1983. Plaintiff John Matelic initially filed this lawsuit *pro se*, naming as a Defendant Detroit Police Officer Benny Mendoza. I previously granted in part and denied in part his motion to amend his complaint, permitting him to add Melvindale Police Officer David Taft [Doc. #55]. However, Officer Taft has not yet been served with the amended complaint. On November 7, 2016, attorney Wright Blake entered an appearance on behalf of Mr. Matelic, and on November 15, 2016, I held a status conference with Plaintiff, his attorney, Defendant Mendoza's attorney.[1]

    Accordingly, IT IS ORDERED that Plaintiff David Matelic, through counsel, will

---

[1] I originally set this date for a settlement conference. However, given the procedural posture of the case, and the fact that Officer Taft has not been served and was not present, settlement discussions did not go forward.

file an amended complaint, consistent with my Order Granting in Part and Denying in Part Plaintiff's Motion for Leave to File an Amended Complaint [Doc. #55], on or before NOVEMBER 29, 2016.

IT IS FURTHER ORDERED that pursuant to Fed.R.Civ.P. 4(m), the time for service of the summons and amended complaint is extended to JANUARY 6, 2017.

                                            s/R. Steven Whalen
                                            **HON. R. STEVEN WHALEN**
                                            UNITED STATES MAGISTRATE JUDGE

DATED:  November 19, 2016

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on November 19, 2016, electronically and/or by U.S. mail.

                                            s/Carolyn M. Ciesla
                                            Case Manager to the
                                            Honorable R. Steven Whalen