UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MATELIC,

        Plaintiff,

v.

BENITO MENDOZA,

        Defendant.
_____/

CIVIL ACTION NO. 12-13523

DISTRICT JUDGE AVERN COHN

MAGISTRATE JUDGE R. STEVEN WHALEN

**ORDER**

On December 12, 2016, Plaintiff John Matelic filed an amended complaint adding David Taft as a Defendant. To date, Taft has not been served.

Having been granted leave to proceed *in forma pauperis*, Plaintiff is entitled to service by the United States Marshal. Fed.R.Civ.P. 4(c)(3). However, it is Plaintiff's responsibility to provide an address at which a defendant may be served. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993); *Herbert v. Roark*, 2006 WL 1284695 (E.D. Mich. 2006).

Therefore, IT IS ORDERED that within 14 days of the date of this Order, Plaintiff, who is represented by counsel, will provide to the United States Marshal an address at which Defendant Taft can be served. Plaintiff's failure to do so will result in a recommendation that Defendant Taft be dismissed.

IT IS FURTHER ORDERED that upon timely receipt of Taft's address, the U.S.

Marshal will serve Defendant Taft at that address by certified mail, return receipt requested, as authorized by Fed.R.Civ.P. 4(e) and M.C.R. § 2.105(A)(2). The U.S. Marshal may collect the usual and customary costs from Plaintiff after effectuating service.

IT IS FURTHER ORDERED, pursuant to Fed.R.Civ.P. 4(m), that the time for service of the summons and complaint is extended to April 26, 2018.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: March 12, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on March 12, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen