UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MATELIC,

        CIVIL ACTION NO. 12-13523

    Plaintiff,

v.

        MAGISTRATE JUDGE R. STEVEN WHALEN

BENITO MENDOZA, ET AL.,

    Defendants.
_____/

**ORDER**

In response to the Court's order to show cause why his complaint should not be dismissed as to Defendant David Taft for failure of timely service [Dkt. #87], counsel for Plaintiff now states that he "has located Defendant David Taft at his residence and his employment," and that he requires additional time for service [Dkt. #88].

It is unclear, and unexplained why it has taken so long to locate Defendant Taft. This case has been pending an extraordinarily long period of time. Nevertheless, pursuant to Fed.R.Civ.P. 4(m), and in the Court's discretion, the summons will be extended for a period of 30 days, until February 28, 2019, for service on Defendant Taft. If Taft is served within that time, Plaintiff must file a certificate of service no later than March 5, 2019.

There will be no further extensions. If Defendant Taft is not served by February 28, 2019, he will be dismissed.

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 29, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen